IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROSS ORTA,

      Plaintiff,

v.                                    CASE NO. 4:09-cv-00038-MP-WCS

E HOWARD, et al.,

      Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 18, Report and Recommendation of the

Magistrate Judge, recommending that this action under 42 U.S.C. § 1983 be dismissed for failure

to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2).  The time

for filing objections has passed, and none have been filed.   The Court agrees that Plaintiff's

claim regarding a disciplinary report fails because Plaintiff has not asserted deprivation of a

liberty interest.  That is, he does not allege that gaintime was taken, nor has he presented a claim

based on an "atypical, signification deprivation."  Also, even if he had, a § 1983 claim based on

that loss cannot be brought until the disciplinary action was overturned at some higher level.

Accordingly,  it is hereby

      **ORDERED AND ADJUDGED:**

      The Report and Recommendation of the Magistrate Judge is adopted and incorporated
herein. The amended complaint, Doc. 17, is **DISMISSED** for failure to state a claim
upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and the Clerk of
Court is directed to note on the docket that this cause was dismissed pursuant to 28
U.S.C. § 1915(e)(2)(B)(ii).

      **DONE AND ORDERED** this  *23rd*  day of March, 2010

                    *s/Maurice M. Paul*
                 Maurice M. Paul, Senior District Judge